# ANDREOZZI + FOOTE
### ATTORNEYS AT LAW

<u>**VIA ECF ONLY**</u>
January 29, 2026

Hon. Jennifer P. Wilson, U.S.D.J.
US District Court for the Middle District of Pennsylvania
United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re:   *Matthew Kircher, et. al. v. Red Lion Area School District, et. al.*
       No. 1:23-CV-00286

Dear Judge Wilson:

In accordance with the Court's July 25 Order, the parties provide the following joint status update.[1]

## Procedural History

The first Complaint was filed on February 1, 2023, related to the suicide of decedent Matthew Kircher, naming nine defendants: (1) Red Lion Area School District ("RASD"), (2) Jason Hoffman, (3) Officer Marc Greenly, (4) DM, (5) CA, (6) LD, (7) TF, (8) CH, (9) WG, and (10) C.W.

On March 28, 2024, the Court dismissed defendant Officer Marc Greenly.[2]

On April 17, 2024, the Plaintiffs filed a Second Amended Complaint against 8 remaining defendants: (1) Red Lion Area School District ("RASD"), (2) Jason Hoffman, (4) DM, (4) CA, (5) LD, (6) TF, (7) CH, (8) WG, and (9) C.W.

On October 30, 2024,[3] the Court dismissed two more defendants: Defendants Jason Hoffman and WG.

That left seven defendants (1) RASD, (2) DM, (3) CA, (4) LD, (5) TF, (6) CH, and (7) CW. On May 2, 2025, the Court entered default as to three defendants CH, CW, and CA, for failure to respond.[4]

---

[1] Ordering, in relevant part, the "parties shall file a status report by September 30, 2025, and every 30 days thereafter." (Doc. 120).
[2] Doc. 56.
[3] Doc. 94.
[4] Doc. 112, 113, and 114. These parties remain defendants but are thus not actively participating in the litigation.

Then, on December 4, 2025, the Plaintiff voluntarily dismissed defendant LD from this case.[5] As a result, the remaining three involved defendants are: (1) RASD,[6] (2) DM,[7] and (3) TF.[8]

On July 25, 2025, the Court stayed all case management deadlines to allow for settlement negotiations, and ordered "the parties shall file a status report by September 30, 2025, and every 30 days thereafter."

### Status of Discovery and Settlement

**Discovery:** Previously, the parties advised that the depositions of the Plaintiffs, Matthew Kirchner and Hope Amspacher, had been completed. The parties also advised they intended to conduct the deposition of a potentially important witness on January 14, 2026. Unfortunately, due to the witnesses' illness, the deposition is being rescheduled.

**Settlement:** Regarding resolution, Plaintiffs have reached an agreement (pending court approval due to plaintiffs' wrongful death and survival claims) with DM and TF, leaving RASD as the only remaining involved defendant. Plaintiff intends to move for approval of these settlements as soon as practicable.

RASD and Plaintiffs are discussing potential settlement and scheduling additional depositions.

Plaintiffs file this status report with the consent of all other parties.

Respectfully,

**ANDREOZZI + FOOTE**

*s/ Nathaniel L. Foote, Esq.*
4503 N. Front Street
Harrisburg, PA 17110
nate@vca.law
Ph: 717.525.9124
Fax: 717.525.9143

Cc: counsel for all parties via ECF

---

[5] Doc. 125.
[6] RASD is represented by MacMain Leinhauser.
[7] DM is represented by Marshall Dennehey.
[8] TF is represented by Margolis Edelstein