IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOPE AMSPACHER, ADMINISTRATOR OF THE ESTATE OF ZACHARY KIRCHNER, and MATTHEW KIRCHNER, *Plaintiffs*, | : : : : : : | NO. 1:23-cv-00286 |
| v. | : : | CIVIL ACTION |
| RED LION AREA SCHOOL DISTRICT, et. al., *Defendants*. | : : : | JURY TRIAL DEMANDED |

## ORDER GRANTING UNCONTESTED MOTION FOR PARTIAL SETTLEMENT AND OF DISMISSAL OF DEFENDANTS DM and TF

AND NOW, this 2nd day of March, 2026, upon consideration of the Plaintiff's Uncontested Motion for Partial Settlement and Dismissal of Defendants DM and TF, it is hereby ORDERED, that the Motion is granted. It is further ORDERED: (1) the settlement of $1 between DM and the Estate is approved; the settlement of $1 between TF and the Estate is approved; and (3) that all claims against DM and TF <u>only</u> are dismissed with prejudice.

BY THE COURT:

/s Jennifer P. Wilson
United States District Judge
Middle District of Pennsylvania