# ANDREOZZI + FOOTE
### ATTORNEYS AT LAW

**VIA ECF ONLY**

June 1, 2026

Hon. Jennifer P. Wilson, U.S.D.J.
US District Court for the Middle District of Pennsylvania
United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re:    *Matthew Kircher, et. al. v. Red Lion Area School District, et. al.*
        **No. 1:23-CV-00286**

Dear Judge Wilson:

In accordance with the Court's July 25, 2025, Order, the parties provide the following joint status update.[1]

## Procedural History

The first Complaint was filed on February 1, 2023, related to the suicide of decedent Matthew Kircher, naming nine defendants: (1) Red Lion Area School District ("RASD"), (2) Jason Hoffman, (3) Officer Marc Greenly, (4) DM, (5) CA, (6) LD, (7) TF, (8) CH, (9) WG, and (10) C.W.

On March 28, 2024, the Court dismissed defendant Officer Marc Greenly.[2]

On April 17, 2024, the Plaintiffs filed a Second Amended Complaint against 9 remaining defendants: (1) Red Lion Area School District ("RASD"), (2) Jason Hoffman, (3) DM, (4) CA, (5) LD, (6) TF, (7) CH, (8) WG, and (9) C.W.

On October 30, 2024,[3] the Court dismissed two more defendants: Defendants Jason Hoffman and WG.

That left seven defendants (1) RASD, (2) DM, (3) CA, (4) LD, (5) TF, (6) CH, and (7) CW. On May 2, 2025, the Court entered default as to three defendants CH, CW, and CA, for failure to respond.[4]

---

[1] Ordering, in relevant part, the "parties shall file a status report by September 30, 2025, and every 30 days thereafter." (Doc. 120).

[2] Doc. 56.

[3] Doc. 94.

[4] Doc. 112, 113, and 114.  These parties remain defendants but are thus not actively participating in the litigation.

Then, on December 4, 2025, the Plaintiff voluntarily dismissed defendant LD from this case.[5] As a result, the remaining three involved defendants are: (1) RASD,[6] (2) DM,[7] and (3) TF.[8]

On July 25, 2025, the Court stayed all case management deadlines to allow for settlement negotiations, and ordered "the parties shall file a status report by September 30, 2025, and every 30 days thereafter."

### Status of Discovery and Settlement

**Discovery:** Previously, the parties advised that the depositions of the Plaintiffs, Matthew Kirchner and Hope Amspacher, had been completed. The parties also advised they intended to conduct the deposition of a potentially important witness on January 14, 2026. Unfortunately, due to the witnesses' illness, the deposition is being rescheduled. On April 30, 2026, undersigned counsel informed counsel for RASD of Plaintiffs' intention to re-notice these depositions and requested their respective availability. Counsel for Plaintiffs are currently scheduled to conduct the deposition of three witnesses. One deposition is scheduled to take place on June 3, 2026, and two additional depositions are scheduled for June 19, 2026.

**Settlement:** Regarding resolution, Plaintiffs reached an agreement (pending court approval due to plaintiffs' wrongful death and survival claims) with DM and TF, leaving RASD as the only remaining involved defendant. On February 26, 2026, Plaintiffs moved this Court for an order approving the settlements with DM and TF. On March 2, 2026, the Court granted the motion and approved the settlement.[9]

RASD and Plaintiffs have discussed potential settlement; however, in order to facilitate any potential resolution of this matter with RASD, additional discovery and depositions are needed, and reinstating discovery deadlines will be needed as well. As such, Plaintiffs request that the stay on case management deadlines be lifted.

Plaintiffs file this status report with the consent of all remaining parties.

Respectfully,

**ANDREOZZI + FOOTE**

*s/ Konstantinos Patsiopoulos*
4503 N. Front Street
Harrisburg, PA 17110
teamb@vca.law
Ph: 800.706.2764
Fax: 717.525.9143

---

[5] Doc. 125.
[6] RASD is represented by MacMain Leinhauser.
[7] DM is represented by Marshall Dennehey.
[8] TF is represented by Margolis Edelstein
[9] Doc. 133.

Cc: counsel for all parties via
ECF