**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HOPE AMSPACHER,<br>ADMINISTRATOR OF THE<br>ESTATE OF ZACHARY KIRCHNER,<br>and MATTHEW KIRCHNER,<br>*Plaintiffs*, | :<br>:<br>:<br>:<br>: | <br><br><br>NO. 1:23-cv-00286 |
| v. | :<br>: | CIVIL ACTION |
| RED LION AREA SCHOOL<br>DISTRICT, et. al.,<br>*Defendants*. | :<br>:<br>:<br>: | JURY TRIAL DEMANDED |

**<u>PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT, RED LION AREA SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT</u>**

For the reasons fully set forth in the accompanying Brief in Opposition to Defendant's Motion for Summary Judgment and Counterstatement of Material facts, which are incorporated by reference as if set forth at length herein, Defendant's Motion must be denied because there remain several genuine issues for a jury to decide at the time of trial.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order denying Defendant's Motion for Summary Judgment.

Respectfully Submitted,

Dated:**11/20/2026**

**ANDREOZZI + FOOTE**
*s/ Konstantinos Patsiopoulos, Esquire* (PA 321871)
*s/ Haley J. Kyllonen, Esquire* (PA 338347)
4503 North Front Street, Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
teamb@vca.law
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The below individual with the firm of Andreozzi + Foote, hereby certifies that I served a copy of the foregoing document(s) upon the individuals at the addresses and in the manner below.

David J. MacMain, Esquire
Tricia M. Ambrose, Esquire
MacMain Leinhauser PC
433 W. Market Street, Suite 200
West Chester, PA 19382
dmacmain@macmainlaw.com
tambrose@macmainlaw.com
*Counsel for Red Lion Area School District*

via ECF

Date: **11/20/2026**

*/s/ Elizabeth Mead*

Elizabeth Mead, Paralegal