# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOPE AMSPACHER,<br>ADMINISTRATOR OF THE<br>ESTATE OF ZACHARY KIRCHNER,<br>and MATTHEW KIRCHNER,<br>*Plaintiffs*,<br><br>v.<br><br>RED LION AREA SCHOOL<br>DISTRICT, et. al.,<br>*Defendants*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | NO. 1:23-cv-00286<br><br>CIVIL ACTION<br><br>JURY TRIAL DEMANDED |

## EXHIBITS TO PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND RESPONSE TO THE STATEMENT OF MATERIAL FACTS OF DEFENDANT

| Plaintiff Exhibit | Description | Bates No. |
|---|---|---|
| A | L.R. Deposition Transcript | N/A |
| B | Skyward Educator Access Plus | RLASD 002803-002808 |
| C | Red Lion Board Policy | RLASD 002736-002744 |
| D | Matthew Kirchner Deposition Transcript | N/A |
| E | Defendant's Statement of Facts (ECF Doc. 147) | N/A |
| F | Wellspan Record | RLASD 000556-000557 |
| G | Student Academic File | RLASD 000092-000093; 000095; 0000293-0000299; 000313-000316 |
| H | January 24-25, 2021 Emails | Plaintiff 0011573-574 |
| I | Note from Tinah Houck | RLASD 002809 |
| J | Defendant's Brief (ECF Doc. 146) | N/A |
| K | Gregory Monskie Deposition Transcript | N/A |
| L | Board Documents | RLASD 000034-000037 |