# EXHIBIT A

# Matthew Kirchner vs. L[redacted] R[redacted]

L[redacted] R[redacted]

January 19, 2023


HKW, LLC
764 Corporate Circle
Suite 200
New Cumberland, PA 17070
717-214-1182
reporter@hkwllc.com


H·K·W
Henderson Kashmere Wetmore, LLC
COURT REPORTERS

IN THE COURT OF COMMON PLEAS
OF YORK COUNTY, PENNSYLVANIA

- - - - - - - - - - - - - - -

MATTHEW KIRCHNER, Plaintiff — CIVIL ACTION - LAW

vs. — DOCKET NO. 2022-SU-001957

L[redacted] R[redacted], Defendant — JURY TRIAL DEMANDED

- - - - - - - - - - - - - - -/

Videotaped Deposition of: L[redacted] R[redacted]

Taken by : Plaintiff

Date : January 19, 2023, 12:02 p.m.

Place : Law Office of John M. Ogden
257 East Market Street
York, Pennsylvania

Before : Ann M. Wetmore
Reporter - Notary Public
Ken Haase - Videographer

**other people in the school knew?**
A. Yeah, I don't know if anyone knew.
**Q. Okay. Were you aware of anything about Zachary involving his sexual orientation?**
A. I knew that he was gay because he always said that to everyone.
**Q. So he made it known?**
A. Yeah.
**Q. Okay. And how long have you known that?**
A. I want to say seventh grade because I guess -- well, my friends told me that he was gay because he used to ride a bus to go to Catholic school.
**Q. Okay. When you were physically at Red Lion High School, were you in just like the general classes, like you weren't in any specialized like IEP or special education classes were you?**
A. I was in like an IEP class.
**Q. Oh, you were, okay.**
A. Yeah.
**Q. Is that like a is it -- in Red Lion is that like a separate curriculum from everybody else or are you still in classes with other people?**
A. It's the same class with same people, but you get like extra help.
**Q. Okay.**

A. In high school you get like kind of like study hall but you make up -- you just make up work.

**Q. Okay. Were you aware of whether Zach was involved in that program as well?**

A. I do not know.

**Q. Okay. Are you aware or are you familiar with any of Zachary's other siblings?**

A. Yes.

**Q. Which ones?**

A. Josh and Matthew.

**Q. Okay. And Josh is he -- he was Matthew's -- or he is Matthew and Zachary's older brother. Correct?**

A. Yeah.

**Q. Okay. And he's not at the high school with you?**

A. No.

**Q. Okay. So I guess I'm just going to just jump into the meat of this. What I was hoping you could tell me is a little bit about the treatment of Zachary while he was at Red Lion High School, and specifically whether you witnessed any individuals either bullying him or treating him in any way that you deemed to be improper or out of line. So if you could just tell me a little bit about that.**

A. I would say like junior high when I first met

him because we had math together, people would still pick on him. Some people would throw like crumbled up paper and throw it at him. And when freshman year hit, people were shoving him around, push him into lockers.

**Q. And were you ever aware or did you ever witness any other students making fun of him, teasing him or bullying him because of his sexual orientation?**

A. Yes.

**Q. Tell me a little bit about that.**

A. So, eighth grade my old friend, not my friend no more, but D[redacted] M[redacted] he used to always bully him for being gay.

**Q. Tell me about that a little bit more. Like what was said and how did he behave?**

A. He was like you're a little faggot, this and that. Like the same thing over and over again every day.

**Q. Okay.**

A. And he'll post it on social media I guess to be funny, but --

**Q. And did this happen at the school as well?**

A. Junior high, yeah.

**Q. Did it happen in the high school?**

A. No, he goes to York Tech.

**Q. Oh, he does, okay.**

**So D[redacted] left before you went into Red Lion High School?**

A. Yeah.

**Q. Okay. Were there any other students at the high school that you remember making any similar comments to Zach about his sexual orientation while at the school or any time for that matter?**

A. It was like almost all the popular kids too.

**Q. Who are some of these students? And, again, I'm sorry, I don't know a lot of the people that you --**

A. Yeah.

**Q. -- went to school with, so I don't know their names, but who were they?**

A. L[redacted] D[redacted]. L[redacted], D[redacted]. And there's T[redacted] F[redacted], T[redacted], F[redacted]

**Q. So what was some of this behavior that you witnessed?**

A. They would all call him faggots or they all post it on their social media or they would push him.

**Q. Okay. And did this happen at the school too?**

A. Yes.

**Q. Okay. Is there -- was there ever a time that you were aware or that you witnessed or observed any students at the school that would say things to Zach like kill yourself or anything like that?**

A. There was a bunch of people who said that, especially on social media. Like if I were to go on Snapchat during that time, I will see like at least two posts a day about it.

**Q. And were these things that you believe that Zach would have seen?**

A. Yes.

**Q. Okay. And who were these people?**

A. I don't remember their names anymore, but they were like just random people that I have on my Snapchat that goes to my school.

**Q. Okay. And do you witness or did you know of any of these students saying such things at the school?**

A. No, not that I remember.

**Q. Okay. Now, you had communicated through your attorney at one point that you were aware that Zach had been bullied at the school and that teachers were aware but didn't do anything about it?**

A. Yes, that's true.

**Q. Tell me about that.**

A. Whenever he would go to the office or like during high school Mr. Greenly, they will do never -- they would just be like, okay. The next thing you know they don't do anything.

**Q. Okay. And from what you know, did this happen**

**Q. Okay. Did you ever hear or observe C[redacted] in any capacity telling Zach that he should kill himself or anything like that?**

A. At one point I did.

**Q. Okay. Where were you when you observed this or what were you doing?**

A. I was in the halls about to use the bathroom.

**Q. So this would have been at the school?**

A. Yeah.

**Q. Was it out loud, pretty loud?**

A. Yeah.

**Q. Okay. What about H[redacted] S[redacted]?**

A. I don't know a H[redacted] S[redacted].

**Q. Okay. Were there any other children -- students at this school that you observed this type of behavior towards Zach that may have been related to in some way or the children of any of the teachers or the staff of Red Lion High School?**

A. Um-hum. Like all the teachers do is they don't really care I guess. They just push it to the side as if nothing mattered.

**Q. Was there ever an individual or a student with the last name Gilman that you went to school with?**

A. Yes.

**Q. What is their first name if you remember?**

A. His name was B[redacted] G[redacted]. But her mom -- his mom goes to -- she's a gym teacher at the high school.

**Q. Okay. What's her name? Or you just know the last name?**

A. I just know the last name.

**Q. Okay. Did you ever observe him interacting with Zach at all?**

A. Yes. Ms. Taylor's class, this was eighth grade, ninth period, he would always go to Zach and be like I got a lollipop for you, this and that, just making gay jokes to bully him.

**Q. Did you ever make any comments to Zach about killing himself or anything like that?**

A. No.

**Q. Okay.**

A. Not that I know of.

**Q. Was there another student with the last name W[redacted] that you were in school with?**

A. I don't know a W[redacted].

**Q. Okay. These other -- some of these students that you had mentioned that you had observed either making fun of Zach for being gay or telling him to kill himself or anything like that, were any of these the individuals that you saw on Snapchat when you had it that would post comments about Zach?**

A. And yourself.

**Q. And how do other people see it?**

A. Either friends with them or I guess let's say like they follow him, they will still see it.

**Q. Okay. And were you aware these times when you would see these comments about Zach specifically on Snapchat, were you aware of whether Zach was on Snapchat?**

A. I know he was on Snapchat.

**Q. Okay. When you observed this behavior towards him specifically, you know, what you had seen, you know, with your eyes and not necessarily just what you witnessed on social media, how did it affect him?**

A. It affected him negatively.

**Q. Tell me a little bit about that.**

A. Like when people would always bully him, all it does is it can drive him to kill himself. Because ever since he's been getting bullied, he said if I were to die, I would die on 4/20.

**Q. Okay. And you heard him saying that?**

A. Yeah.

**Q. Why would he say that?**

A. Because of everyone mistreating him.

**Q. Okay. Do you remember when he said that?**

A. I want to say like before 2020 it started. It

was like during like towards like the ending of eighth grade.

**Q. Okay. So he had been saying this for quite sometime?**

A. Yeah.

**Q. Okay. There are a few other people that are just names that had come up and I don't know if they are friends of Zach's or just other students at the school, so I was hoping you could help me a little bit with them.**

**Do you know an individual named K[redacted] M[redacted]?**

A. No.

**Q. Okay. How about K[redacted] T[redacted]?**

A. Yes. That was Zach's close friend but not that close friend.

**Q. Okay. And what about H[redacted] W[redacted]?**

A. Zach's really close friend.

**Q. Okay. S[redacted] S[redacted] or S[redacted]?**

A. Don't know.

**Q. Okay. How about L[redacted] M[redacted]?**

A. That was Zach's like just friend. That's like a mutual friend of mine.

**Q. And any of these last few people -- K[redacted], H[redacted], L[redacted] -- did you ever see them mistreat him in any way?**

A. No.
**Q. Okay. Now I want to talk a little bit more about the teachers at the school and just kind of how they dealt with bullying in general in the school. So let's talk a little more generally and then we'll get more specific.**
**Is it fair to say that there's a pretty big problem with bullying and treatment of students at Red Lion High School?**
A. Yes.
**Q. Tell me a little bit about that.**
A. If you were to tell a teacher that you're being bullied, all they will do is be like, okay, we'll deal with it. And all they do is talk to the guy and be like don't do it again, but you know they're going to just keep doing it.
**Q. Is this pretty well known throughout the school?**
A. Yeah.
**Q. Do you think that it just I guess emboldens students to treat each other badly because of it?**
A. Um-hum.
**Q. Were there any teachers in particular that were known to I guess turn a blind eye to any sort of mistreatment of other students?**

**Q. I'm going to move on to Exhibit Number 3 where it looks like it's a photograph of maybe something written or scratched into like a bathroom wall?**

A. It looks like it was done with like a pencil.

**Q. Okay. And had you ever seen this before?**

A. Any time I go to the bathroom I have not seen that.

**Q. Okay. And does it look like -- and, again, you correct me if I'm wrong, it might say Zach is a fag I believe?**

A. Yeah, that's what it says.

**Q. Okay. But you had never seen this before?**

A. Hum-um.

**Q. You don't know who wrote it?**

A. No, I don't know who wrote it.

**Q. Okay. Had you ever seen any other writings or anything like that making fun of Zach for being gay?**

A. The A200's I saw a bathroom stall and it was like Zach is a fag, here's his number, you know.

(Deposition Exhibit 4 marked for identification.)

BY MS. FRANCHI:

**Q. Okay. And then I'll move on to Exhibit Number 4. So, again, I apologize that it seems to be layered with different comments and images. But to the extent**

**probably common knowledge?**
A. Yeah, um-hum.
**Q. Okay. But you had said that sometimes the bullying would happen, you know, in the presence of teachers or it was reported to teachers and they wouldn't do anything about it?**
A. Yeah.
**Q. Okay.**
MS. FRANCHI: All right, I'm going to go off the record for a few minutes.
MR. HAASE: Off camera time is 12:45.
(Discussion held off the record.)
MR. HAASE: On camera time is 12:46.
BY MS. FRANCHI:
**Q. Okay. So we went off the record briefly and I think I'm getting about ready to wrap this up. But if you could, L[redacted], is there anything else about Zach's suicide or about his treatment that you remember that you've observed or that you know of that you could share with me today that we haven't already talked about?**
A. Nothing really.
**Q. Okay.**
MS. FRANCHI: At this point I do not believe that I have any other questions. I will defer to Attorney Ogden if he has anything that he would like to

add.

MR. OGDEN: No, I don't have anything to add.

MR. HAASE: Okay. This concludes today's deposition. The time is 12:46.

(Whereupon, the deposition concluded at 12:46 p.m.)

CERTIFICATE OF REPORTER

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF CUMBERLAND :

I, Ann M. Wetmore, Reporter and Notary Public in and for the Commonwealth of Pennsylvania and County of Cumberland, do hereby certify that the foregoing deposition was taken before me at the time and place hereinbefore set forth, and that it is the testimony of:

L[redacted] R[redacted]

I further certify that said witness was by me duly sworn to testify the whole and complete truth in said cause; that the testimony then given was reported by me stenographically, and subsequently transcribed under my direction and supervision; and that the foregoing is a full, true, and correct transcript of my original shorthand notes.

I further certify that I am not counsel for or related to any of the parties to the foregoing cause, or employed by them or their attorneys, and am not interested in the subject matter or outcome thereof.

Dated at Mechanicsburg, Pennsylvania, this 27th day of January, 2023.

Ann M. Wetmore
Reporter - Notary Public
Commission Expires: Feb. 23, 2023

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.