# EXHIBIT B

# Discipline Info

My Print Queue Back

- Student Info
  - Profile
  - Class Summary
  - Attendance (0)
  - Schedule
  - Add/Drops (0)
  - Entry/Withdrawal
  - RTI Information
  - *IHP
  - Emergency Contacts
  - Discipline (27)
  - NCLB
  - Academic History
  - Graduation Requirements
  - Educational Milestones (0)
  - Student Services
  - Test Scores (0)
  - Busing
  - Student Portfolio
  - Recommendations (5)
  - Family Access History
  - Activities (0)
- Family Access Display
  - Home
  - Calendar
  - Gradebook
- Student Access Display
  - Home
  - Calendar
  - Gradebook
- Reports
  - Information Report
  - Progress Report Letter

**Zachary Kirchner** Grade: **11**

View Notes | Only Show Current Year Offenses

| Offense | Location | Officer | Parent Notified | |
|---|---|---|---|---|
| **03/13/20** TEACHER REFERRAL | Classroom | Referred by: STEVEN DURCHIN 03/13/20 | No | Details... |
| **03/11/20** TEACHER REFERRAL | Classroom | Referred by: STEVEN DURCHIN 03/11/20 | No | Details... |
| **03/10/20** TEACHER REFERRAL | Classroom | Referred by: STEVEN DURCHIN 03/11/20 | No | Details... |
| **03/04/20** INAPPROP CONDUCT | Classroom | Referred by: STEVEN DURCHIN 03/04/20 | No | Details... |
| **03/04/20** MISUSE OF HALL PASS | Classroom | Referred by: ANN SHECKARD 03/04/20 | No | Details... |
| **03/04/20** LATE TO CLASS | Classroom | Referred by: STEVEN DURCHIN 03/04/20 | No | Details... |
| **03/02/20** INAPPROP CONDUCT | Classroom | Referred by: KEVIN MIKULA 03/02/20 | No | Details... |
| **02/25/20** LATE TO CLASS | Classroom | Referred by: STEVEN DURCHIN 02/25/20 | No | Details... |
| **02/24/20** LATE TO CLASS | Classroom | Referred by: STEVEN DURCHIN 02/25/20 | No | Details... |
| **02/24/20** CUT CLASS | Corridor/Hall | Referred by: KEVIN MIKULA 02/24/20 | No | Details... |
| **02/24/20** INAPPROP CONDUCT | Corridor/Hall | Referred by: STEVEN DURCHIN 02/25/20 | No | Details... |
| **02/21/20** LATE TO CLASS | Classroom | Referred by: STEVEN DURCHIN 02/25/20 | No | Details... |
| **02/07/20** INAPPROP CONDUCT | Classroom | Referred by: ANN SHECKARD 02/07/20 | No | Details... |
| **02/06/20** INAPPROP CONDUCT | Corridor/Hall | Referred by: EMILY TAYLOR 02/07/20 | No | Details... |
| **01/17/20** DISRESPECT/TEACHER | Cafeteria | Referred by: ANN SHECKARD 01/17/20 | No | Details... |
| **01/07/20** LATE TO CLASS | Classroom | Referred by: KEVIN MIKULA 01/07/20 | No | Details... |
| **12/19/19** INAPPROP CONDUCT | Library | Referred by: JOSHUA BELL 12/19/19 | No | Details... |
| **12/13/19** INAPPROP CONDUCT | Classroom | Referred by: CARLY LANGTON 12/13/19 | No | Details... |
| **12/03/19** CUT CLASS | Corridor/Hall | Referred by: KEVIN MIKULA 12/03/19 | No | Details... |
| **11/21/19** DISRESPECT/TEACHER | Cafeteria | Referred by: CHELSEE SHAUB 11/21/19 | No | Details... |
| **10/24/19** INAPPROP CONDUCT | Corridor/Hall | MICHAEL LANGAN<br>Referred by: MICHAEL LANGAN 10/24/19 | No | Details... |
| **10/09/19** INAPPROP LANGUAGE | Classroom | MICHAEL LANGAN<br>Referred by: CARLY LANGTON 10/09/19 | No | Details... |
| **10/01/19** INAPPROP LANGUAGE | Cafeteria | Referred by: CARLY LANGTON 10/01/19 | No | Details... |
| **09/24/19** INAPPROP CONDUCT | Playground | MICHAEL LANGAN<br>Referred by: MICHAEL LANGAN 09/24/19 | No | Details... |
| **09/23/19** EXCESSIVE LATE CLASS | Classroom | Referred by: KEVIN MIKULA 09/23/19 | No | Details... |
| **09/18/19** INAPPROP USE OF CELL PHONE | Gym/Pool | Referred by: STEPHEN STAMBAUGH 09/18/19 | No | Details... |
| **09/17/19** INAPPROP USE OF CELL PHONE | Cafeteria | Referred by: CHRISTINE MCNEAL 09/17/19 | No | Details... |

Total Referrals: **27**

RLASD 002803

| Off/Act Type | Per | Sch | Location | P N | Points | Day/ Hrs | Time | Served | Diff | Reason | Incident/ Status |
|---|---|---|---|---|---|---|---|---|---|---|---|

Kirchner, Zachary J. KIRCHZAC000 Sch: 701 Gr: 11 - 2024 Type: R HM: A304
2020 Entity: 702

Offense 03/13/2020 10:18A TR TEACHER REF 702 Classroom N 0.00 10446
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 03/13/20
Late to class

Offense 03/11/2020 10:06A TR TEACHER REF 702 Classroom N 0.00 10406
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 03/11/20
Late to class

Offense 03/10/2020 10:05A TR TEACHER REF 702 Classroom N 0.00 10405
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 03/11/20
Late to class

Offense 03/04/2020 01:30P INC INAPP CONDUCT 702 Classroom N 0.00 10296
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 03/04/20
Zack was away from his team in an area of the shop where he did not belong. He pushed the start button on the planer. This is a serious safety issue. He or other students could be injured.
Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open
Susp None
After School detention begins promptly at 2:45 and will conclude at 3:30 PM. 3/10
Detail 03/05/2020 LGI N .00 Open
Follow-Up By:

Offense 03/04/2020 12:16P MHP MISUSE PASS 702 Classroom N 0.00 10288
Disc Officer: Bus: Referred By : ANN SHECKARD Date Entered: 03/04/20
Wondering the hallways: Zach asked to go to the bathroom. He was gone for a while. Mrs. Baublitz called me to tell me she saw Zach at the bottom of the stairwell talking with other students and then went down the Family and Consumer Science hallway.
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None
Assigned ld

Offense 03/04/2020 10:06A LC LATE TO CLASS 702 Classroom N 0.00 10281
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 03/04/20
Late to class
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None
Assigned ld

Offense 03/02/2020 12:32P INC INAPP CONDUCT 702 Classroom N 0.00 10223
Disc Officer: Bus: Referred By : KEVIN MIKULA Date Entered: 03/02/20
Out of his seat at an inappropriate time, when I asked him to return to his seat, be became insubordinate. His behavior was a disruption to class.
Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open
Susp None
After School detention begins promptly at 2:45 and will conclude at 3:30 PM.3/5
Detail 03/03/2020 LGI N .00 Open
Follow-Up By:

Offense 02/25/2020 10:05A LC LATE TO CLASS 702 Classroom N 0.00 10098
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 02/25/20
Late to roar/class
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None

| Off/Act Type | Per | Sch | Location | PN | Points | Day/Hrs | Time | Served | Diff Reason | Incident/Status |
|---|---|---|---|---|---|---|---|---|---|---|

Kirchner, Zachary J. KIRCHZAC000 Sch: 701 Gr: 11 - 2024 Type: R HM: A304

Assigned ld

Offense 02/24/2020 01:04P LC LATE TO CLASS 702 Classroom N 0.00 10091
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 02/25/20
Late to class
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None

Assigned ld

Offense 02/24/2020 01:00P CC CUT CLASS 702 Corridor/Hall N 0.00 10077
Disc Officer: Bus: Referred By : KEVIN MIKULA Date Entered: 02/24/20
Did not report to class AT ALL during period 7 today. I tracked him down at the guidance office, but he left there at 12:33 (I spoke to Tinah). She sent him out at that time but he did not come back to class.
Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open
Susp None

After School detention begins promptly at 2:45 and will conclude at 3:30 PM.
Detail 02/24/2020 LGI N .00 Open
Follow-Up By:

Offense 02/24/2020 10:11A INC INAPP CONDUCT 702 Corridor/Hall N 0.00 10092
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 02/25/20
He was sent from my ROAR and never check in with requesting teacher.
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None

Assigned ld

Offense 02/21/2020 01:06P LC LATE TO CLASS 702 Classroom N 0.00 10090
Disc Officer: Bus: Referred By : STEVEN DURCHIN Date Entered: 02/25/20
Late to class
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None

ASsigned ld

Offense 02/07/2020 11:25A INC INAPP CONDUCT 702 Classroom N 0.00 9787
Disc Officer: Bus: Referred By : ANN SHECKARD Date Entered: 02/07/20
Disrupting class: Zach was disrupting class because he was not able to call home in the counseling office. He then was on Google hangouts trying to call home during the class and was very loud and disruptive.
Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open
Susp None

After School detention begins promptly at 2:45 and will conclude at 3:30 PM.
Detail 02/07/2020 LGI N .00 Open
Follow-Up By:

Offense 02/06/2020 02:56P INC INAPP CONDUCT 702 Corridor/Hall N 0.00 9776
Disc Officer: Bus: Referred By : EMILY TAYLOR Date Entered: 02/07/20
Zach is intentionally leaving on the wrong bus shift to come to the 2nd floor B wing hall and meet his friend/wander the halls until 3rd shift is called. He has been told more than once to stay in his last period class until 3rd shift.
Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open
Susp None

After School detention begins promptly at 2:45 and will conclude at 3:30 PM.

Off/Act Type | Per | Sch | Location | P N | Points | Day/ Hrs | Time | Served | Diff Reason | Incident/ Status

Kirchner, Zachary J. KIRCHZAC000 Sch: 701 Gr: 11 - 2024 Type: R HM: A304

Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open

Detail 02/12/2020 LGI N .00 Open

Follow-Up By:

Offense 01/17/2020 11:25A DT DISRESPECT 702 Cafeteria N 0.00 9536

Disc Officer: Bus: Referred By : ANN SHECKARD Date Entered: 01/17/20

Dirsrecpectful behavior: Yelling at teacher multi times in front of the class. Purposedly sneezed on student's work class folder. He said he did this to "get me sick" Mrs. Langton heard Zach say this as well. He was also distractiong the class today.

Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open

Susp None

After School detention begins promptly at 2:45 and will conclude at 3:30 PM.

Detail 01/17/2020 LGI N .00 Open

Follow-Up By:

Offense 01/07/2020 12:18P LC LATE TO CLASS 702 Classroom N 0.00 9351

Disc Officer: Bus: Referred By : KEVIN MIKULA Date Entered: 01/07/20

Zachary walked into class several minutes late with no pass or valid reason. This is a fairly common issue with Zachary.

Action VW VERBAL WARNING 702 N 0.00 Hrs .00 .00 Open

Susp None

Future write ups will result in ld

Offense 12/19/2019 12:10P INC INAPP CONDUCT 702 Library N 0.00 9221

Disc Officer: Bus: Referred By : JOSHUA BELL Date Entered: 12/19/19

Student [redacted] [redacted] was in the library during his lunch on his computer. A group of other students came in and sat close to [redacted]. I'm not sure what was said first, but they began saying stuff back and forth. Mrs. Kraft warned them to keep their volume down and let [redacted] alone. The group continued to talk loudly so I went over to them. I began to warn them that there would be no more warnings they would have to leave if they were talked to again. Zach proceed to say loudly, "He's the one who started it when he said I don't give a fuck to me". I told Zach that I was done and he needed to leave for the day. He argued that I'm not treating him fairly and he didn't start it. I told him that he needed to leave before I decide to fill out a disciplinary action. He talked back saying he didn't care what I did, but he did begin to leave. As Zach was leaving he said, "I don't care if he has special needs, you're not treating me fairly and I'm going to Mr. Langnan to tell him". He then took off running down the hallway and disrupting students working in the hall by the library. I am fine with disciplining Zach myself by telling him he can't come back to the library until after the end of January. This is my suggested punishment because I have talked to him before about his behavior in the library during lunch. This is also not the first time I have removed him from the library for a day for his behavior. I filled this out so everyone was informed and to see if my discipline is okay.

Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open

Susp None

Assigned ld 12/20

Offense 12/13/2019 11:30P INC INAPP CONDUCT 702 Classroom N 0.00 9098

Disc Officer: Bus: Referred By : CARLY LANGTON Date Entered: 12/13/19

Zach came into the room limping and immediately asked to go to the nurse. He was prompted several times to get to Google Classroom and get the video they needed to watch open and then he could go. He then was very disrespectful to [redacted] [redacted] telling her that he would text his mom and tell her that she was not allowing him to go to the nurse. She reminded him that he did not say that. He sat in his seat for several minutes mumbling disrespectful things and not doing what he was asked. He was also messaging his mom telling her that he was being told he could not go to the nurse. I spoke with him and asked him what was wrong and how this problem could have been avoided. He was

| Off/Act Type | Per | Sch | Location | P N | Points | Day/ Hrs | Time | Served | Diff Reason | Incident/ Status |
|---|---|---|---|---|---|---|---|---|---|---|

Kirchner, Zachary J. KIRCHZAC000 Sch: 701 Gr: 11 - 2024 Type: R HM: A304

disrespectful back towards me. He said that yesterday he was hit by a snow ball and that Mr. Langan did not do anything about it and that it was ridiculous. He then completed the task he was prompted to do (open the video) and was told her could go to the nurse. As he was walking out he continued to say disrespectful things. He never returned to class and completed no work for the entire period.

Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None
Assigned ld

Offense 12/03/2019 12:49P CC CUT CLASS 702 Corridor/Hall N 0.00 8927
Disc Officer: Bus: Referred By : KEVIN MIKULA Date Entered: 12/03/19
Skipping class: Left nurses office 10 minutes ago, but did not return to class.
Action D01 DET 1 NIGHT 702 N 0.00 Hrs .75 .00 Open
Susp None
Assigned detention 12/5
Detail 12/04/2019 LGI N .00 Open
Follow-Up By:

Offense 11/21/2019 11:50A DT DISRESPECT 702 Cafeteria N 0.00 8872
Disc Officer: Bus: Referred By : CHELSEE SHAUB Date Entered: 11/21/19
These students were completely disrespectful to the lunch monitors. They made a mess on and around their table, and threatened the lunch monitors when asked to clean up their mess they stated "its not our job to clean it up" and continued to curse and yell when the lunch monitors mentioned discipline.
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Susp None
Assigned ld

Offense 10/24/2019 INC INAPP CONDUCT 702 Corridor/Hall N 0.00 8257
Disc Officer: MICHAEL LANGAN Bus: Referred By : MICHAEL LANGAN Date Entered: 10/24/19
Around 10/16 Zach had a lighter in his possession while at school.
Action D02 DET 2 NIGHTS 702 N 0.00 Hrs 1.50 .00 Open
Follow-Up By: MICHAEL LANGAN Susp None
Assigned detention 10/17 and 10/22
Detail 10/24/2019 LGI N .00 Open
Follow-Up By:
Detail 10/25/2019 LGI N .00 Open
Follow-Up By:

Offense 10/09/2019 11:15A INL INAPP LANGUAGE 702 Classroom N 0.00 8024
Disc Officer: MICHAEL LANGAN Bus: Referred By : CARLY LANGTON Date Entered: 10/09/19
Zachary had hand a full bottle of hand sanitizer to his lips attempting to drink it. From what I saw, he did not drink any. I asked him to stop and he mumbled under his breath. A minute later he said someone was a "homophobic a**h***". I am not sure who he was speaking about. He was asked to stop.
Action LD LUNCH DETENTION 702 N 0.00 Hrs .00 .00 Open
Follow-Up By: MICHAEL LANGAN Susp None
Assigned ld

Offense 10/01/2019 11:00P INL INAPP LANGUAGE 702 Cafeteria N 0.00 7911
Disc Officer: Bus: Referred By : CARLY LANGTON Date Entered: 10/01/19
In class Zach called K[redacted] V. an "a**h***". When I asked him what he said he repeated and then I asked him why he said that and he just looked at me. I talked with K[redacted] and she was not sure why he called her that. She said that he was going around saying that Slenderman was in the school.

| | Off/Act Type | Per | Sch | Location | P N | Points | Day/ Hrs | Time | Served | Diff Reason | Incident/ Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kirchner, Zachary J. | KIRCHZAC000 Sch: 701 Gr: 11 - 2024 Type: R | | | | | | | | | | HM: A304 |
| Action | LD LUNCH DETENTION | | 702 | | N | 0.00 | Hrs | .00 | .00 | | Open |
| | | Susp None | | | | | | | | | |
| Assigned ld | | | | | | | | | | | |
| Offense 09/24/2019 | INC INAPP CONDUCT | | 702 | Playground | N | 0.00 | | | | | 7757 |
| Disc Officer: MICHAEL LANGAN | | Bus: | | Referred By : MICHAEL LANGAN | | | | | | | Date Entered: 09/24/19 |
| Students reported that Zach was hitting them and choking them. Zach stated he was just "playing." | | | | | | | | | | | |
| Action | D01 DET 1 NIGHT | | 702 | | N | 0.00 | Hrs | .75 | .00 | | Open |
| Follow-Up By: MICHAEL LANGAN | | Susp None | | | | | | | | | |
| Zach knows that future incidents may result in OSS. | | | | | | | | | | | |
| Detail 09/24/2019 | | | | LGI | N | | | | .00 | | Open |
| Follow-Up By: | | | | | | | | | | | |
| Offense 09/23/2019 12:59P | ELC EXC LATE CLASS | | 702 | Classroom | N | 0.00 | | | | | 7744 |
| Disc Officer: | | Bus: | | Referred By : KEVIN MIKULA | | | | | | | Date Entered: 09/23/19 |
| Zachary did not report to his 7th period math class. I contacted the counseling office, but he was not there. Kim checked in the admin office. He had been there earlier in the day, but was not there period 7. | | | | | | | | | | | |
| Action | VW VERBAL WARNING | | 702 | | N | 0.00 | Hrs | .00 | .00 | | Open |
| | | Susp None | | | | | | | | | |
| Offense 09/18/2019 | CEL INAPPROP CELL | | 702 | Gym/Pool | N | 0.00 | | | | | 7700 |
| Disc Officer: | | Bus: | | Referred By : STEPHEN STAMBAUGH | | | | | | | Date Entered: 09/18/19 |
| on phone at gym when phones weren't to be out | | | | | | | | | | | |
| Action | VW VERBAL WARNING | | 702 | | N | 0.00 | Hrs | .00 | .00 | | Open |
| | | Susp None | | | | | | | | | |
| Offense 09/17/2019 | CEL INAPPROP CELL | | 702 | Cafeteria | N | 0.00 | | | | | 7678 |
| Disc Officer: | | Bus: | | Referred By : CHRISTINE MCNEAL | | | | | | | Date Entered: 09/17/19 |
| on phone when phones weren't to be out | | | | | | | | | | | |
| Action | VW VERBAL WARNING | | 702 | | N | 0.00 | Hrs | .00 | .00 | | Open |
| | | Susp None | | | | | | | | | |

*********************** End of report ***********************