# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\- - -

| | | |
|---|---|---|
| HOPE AMSPACHER, ADMINISTRATOR OF THE ESTATE OF ZACHARY KIRCHNER AND MATTHEW KIRCHNER, | : | NO. 1:23-cv-00286 |
| Plaintiff, | : | |
| vs. | : | |
| RED LION AREA SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

\- - -

Tuesday, August 26, 2025

\- - -

Videoconference deposition of MATTHEW KIRCHNER, commencing at 10:05 a.m., on the above date, before Lisa L. Rivera, RPR, Court Reporter and Notary Public in the Commonwealth of Pennsylvania.

\- - -

Veritext Legal Solutions
5100 Tilghman Street
Suite 205
Allentown, PA 18104

don't remember many of the people who did because of a lot of that I kind of just pushed down. That's what I'm trying to remember from my trauma therapy as well. That way I can move on with my life and -- because I don't remember much of anything.

Q. I'm going to stop sharing. So kind of staying in this same vein with T[redacted] then, are there any specific comments that you remember Zach telling you that he attributed to T[redacted]?

A. Well, what do you mean by that question? So like things what he would say or like --

Q. Yeah, did Zach ever tell you T[redacted] said blah, blah, blah?

A. Oh, yeah. There's a couple of times T[redacted] -- like a couple of times he would tell me that T[redacted] had pushed him in the locker, like T[redacted] called me a gay faggot or T[redacted] told me I should just go die because I'm gay and I'm weird and da, da, da, da. And there's a lot of things that I really don't -- it was kind of the normal -- not normal stuff, but the stuff that you hear.

Q. Did you personally ever see T[redacted] push your brother into a locker?

A. I did see him push him one time and that

was my tenth grade year.

Q. So that's the 2019 to 2020 year?

A. I'm pretty sure unless I was -- I can't remember if I was in tenth or eleventh grade that year actually because I know it was when Zach was in Red Lion in the ninth grade. So it was when he was in ninth grade in Red Lion, but I don't recall what year that I was in, what grade I was in that year.

Q. So you said you saw T[redacted] push Zach into a locker. What, if anything, did you do when that occurred?

A. I couldn't do much of anything. I kind of just kept walking. I had already been suspended at that time multiple times and in junior high I was suspended. If you got into any kind of fight, you were threatened to be fined. I ended up telling the teachers and then I don't recall who, but I remember the principals had a sit-down then and that was taken care of.

My little brother didn't really talk much about it. He didn't tell me too much about the bullying. There were just things that I would hear from other people and then I'd ask him about it and then he would tell me.

Q. You said --
A. And the one time I did see it, I wasn't able to do anything.
Q. You said the principal had a sit-down. Were you part of that sit-down?
A. I remember Zach being part of it. I remember -- I don't think I was part of the initial sit-down. I know I was asked about it, but I don't think I was part of the actual thing.
Q. Do you recall any of the teachers who you reported this behavior to?
A. I remember talking to Shue about it, but that's it.
Q. Okay. And any other specific teachers that you recall talking to them about it?
A. Not that I remember.
Q. Okay. Besides that one time, did you ever see any other physical interacting between T[redacted] and Zach?
A. No.
Q. Okay. Did you ever hear any of the comments that you described to me personally between T[redacted] and Zach?
A. I've heard. Zach would have recordings.

He'd record people. He was always good at that. And he would tell me who was in the recordings and who was the one saying it, and to me, that was all I needed.

Q. Was T[redacted] purportedly on any of these recordings?

A. That's what he would tell me.

Q. How did he record them?

A. With his phone.

Q. Was it --

A. On audio in his pocket.

Q. Do you know if it was a voice memo or a video recording?

A. He would do both. I'm not entirely sure what it would be all the time.

Q. Did he ever send these to you?

A. No.

Q. Do you know if he kept them on his phone or if he would delete them?

A. I'm not 100 percent sure. I feel like -- I think he would delete them because my mom would go through our phones.

Q. Do you know if any of those recordings still exist?

A. I do not know.
Q. Okay. Besides on a recording, did you ever hear T[redacted] make any of the comments that you've said to Zach?
A. We were in different grades, so we were separated. We barely even passed each other in the hallways. So, no.
Q. Were you able to recognize T[redacted]'s voice on any of the recordings?
A. Yes.
Q. What other interactions, if any, do you know about between Zach and T[redacted]?
A. Other than what you know of, not many. I wasn't -- other than what Zach would tell me of like him calling him names and that kind of stuff, I wouldn't know too much. He kept a lot of it to himself.
Q. Now, you said you and your mom were both confidants for Zach. If he didn't talk to either of you about it, is there any other person that you think he may have talked to about it?
A. One person, but they were a rocky friendship and they would like be great friends and then not be friends and then be great friends and

then not be friends.

Q. Who is that person?

A. H[redacted] W[redacted].

Q. Did Zach keep a diary or a journal at all?

A. I don't know. I never went through his stuff.

Q. We've been going for about an hour now. Do you need a break or do you want to keep going?

A. Keep going.

MS. MURTHA: Counsel, anybody need a break or are we good to keep going?

MR. DICKINSON: I'm good.

MS. HUBBERT: I'm good.

BY MS. MURTHA:

Q. Okay. So I'm going to widen it out from T[redacted] specifically now. Just what other instances do you know of when negative comments were made about Zach's sexuality when Zach was in ninth grade?

A. To like just in the high school or like what names do I remember?

Q. Yeah.

A. Because I remember there would definitely be groups, like they would have their little posses. I don't recall all the kids' names at all. Like I

said, I only really recall the three, which is L[redacted], De[redacted], T[redacted].

But with D[redacted], the one interaction that I do remember with him because it was very like iffy for me as well, and this was outside of school, Zach was at the park and D[redacted] was there and D[redacted] was bullying Zach. And Zach ended up getting me and I had gone up to the park to protect him and I can describe exactly what D[redacted] looked like that day because I still like -- and he had a buddy there with him and his buddy was saying he had a knife and this, that and the other. So I was definitely kind of shook. But I remember he had long hair, he was wearing his hat, he had on his boots, he was wearing a pair of jeans.

And then the other is L[redacted], I remember all the comments that he would make. And I heard D[redacted] make comments before, just like I heard L[redacted] make comments before, and I said something to both of them before to no avail because like -- like I said, I couldn't get in trouble. I was on the football team.

If I were to get into any kind of trouble, I would end up getting off the team and then end up

jeopardizing myself and my future. So I would just try and talk to them, but it never worked.

Q. Did you personally hear L[redacted] and D[redacted] make comments or were these things that were told to you?

A. I personally heard them make comments.

Q. Do you recall what any of the comments were?

A. I remember seeing comments on social media, too.

Q. Okay. Let's go piece by piece. What do you --

A. Okay.

Q. -- recall personally hear them say?

A. Zach's -- the same thing I said, Zach's a faggot. They've called him that multiple times. I'd hear that going through the hallway in school. I'd be walking by and they were the type that say it under their breath as I was walking by to get to me, too.

Q. Was Zach the only Zach in the school?

A. No, there was multiple Zachs.

Q. Do you know if any of those other Zachs were also gay?

A. No, none of the other Zachs were gay. I was friends with two of the other Zachs.

Q. What other comments do you recall specifically hearing?

A. Him being a weirdo, he shouldn't be in Red Lion. Almost anything you can imagine from name-calling. Them -- them calling him a bitch, a pussy, a faggot who's not going to do nothing. I could -- everything they would sit there and call him. I've heard probably like 20 or 30 different comments just walking by.

Q. Were all of the comments that you heard related to Zach's sexuality?

A. I mean, when they were calling him a faggot and stuff, I would assume so. I wouldn't think they were just calling him that just be -- you know what I mean. I think they would be referring to that.

Q. Did you ever hear them make comments about any of his mental diagnoses?

A. About him being autistic, not necessarily. I heard him -- I heard them saying he was weird referring to that, but Zach never really told people he was autistic. I don't know how widespread or how many people knew he even was except for the teachers.

had was before Zach was in Red Lion or anything and I lost that account. And I made another one I didn't use like at all. I just kind of fell off the whole social media thing because I didn't really get it except for Snapchat.

The only thing I used was Snapchat because that's how I talked to all my friends. So the only thing I would see or like hear personally was mainly Snapchat.

Q. Did Zach ever show you posts on Facebook that were about him?

A. I know he used other social medias, but being honest, I do not remember which ones. So I cannot answer that honestly.

Q. Were the online comments tailored to his sexuality or did they also address any of his disabilities?

A. It would be about him as a person or his sexuality. It was never really a more one or more the other type of thing. It was kind of just what would be said.

Q. Do you know if Zach ever reported these comments to teachers at school, either in junior high or high school?

A. So he said he did, but teachers obviously don't tell other students if things are reported or not. So I didn't know firsthand if he did or not, and my mom like I said, she kept his issues separated from our issues. So I -- I don't know.
Q. Do you know if Zach disclosed the bullying on Snapchat to your mom?
A. I know he said something to her. I've heard them talking about it because you know being a kid, you'd eavesdrop and stuff, I'd hear them talking about it at times.
Q. Do you know if your mom did anything in response?
A. I know she called the school a few times. She would try to talk to the school. I know he had some kind of therapist or something. I'm not sure what exactly it's called. It's not therapist, but it's something specifically for like people that need help, but I forget what it's called.
Q. Did you say you had been bullied in school some as well?
A. Yeah.
Q. When did that happen?
A. It was a lot of my junior high year.