# EXHIBIT F

Red Lion Area School District
RealLearning...RealLife

Pam Scott [redacted]

# ZK

**Pam Scott** [redacted]
Thu, Dec 3, 2020 at 6:57 AM
Draft To: Jesse Shay <[redacted] Angela Masser <[redacted]>, Rachael Curry [redacted]>, Angie Tome <[redacted]>, Carol Gillmen [redacted] Jennifer McCandless <[redacted] Kristin Gillis [redacted]>, Jamie Malloy <[redacted], Ryan McCleary <[redacted]
Cc: Bill Rickard <[redacted]>

Good morning, all

Zachary Kirchner has been transported to Philhaven in Mt. Gretna. It is expected that he remains for the next 7-10 days. As I continue communicating with his therapist and mother, and learn of a discharge date and return to school, I will be in touch.

Zach is able to complete schoolwork, while in placement; however, please note, he is granted one hour per day for instruction. The remaining time, Zach will be in group and therapy. If you choose to send work, please send to the following and copy me:

Zaenna McNamara
zmcnamara@wellspan.org

Many thanks in advance,

Pam

--

Pamela M. Scott
School Counselor/Counseling Office Department Lead
Red Lion Area School District
Red Lion Area Senior High School
200 Horace Mann Avenue
Red Lion, PA 17356
[redacted]
www.rlasd.net
Instagram: RLASH.Counselors
Twitter: @rlashCounselors

1:33

mywellspan.org

Zach

Messages Appointm... Health Re... Bill Pay Profile More

## History of Present Illness

Zachary Joseph Kirchner is a 15 y.o. male presenting to the ED with nail polish removal ingestion in suicide attempt. Pt drank half a 12 fluid oz bottle of acetone based nail polish removal (Modesa brand) at 9:45 pm in order to kill himself. He called his friend [redacted] to tell her what he had done, his friend promptly called 911. Here, when asked how he feels he first says "I still want to kill myself". He reports feeling more tired. He reports abdominal pain now, and some throat irritation. Feels as though his voice sounds deeper than usual. Denies vomiting, no confusion or lethargy. Has not tried to eat or drink since ingesting nail polish remover.

Pt notes bullying at school as impetus for wanting to kill himself. Has exhibited self-harming behavior before with cutting "created pain to erase other pain". Lives with mother and step father, with whom he has good relationships but notes he does not talk with them much.

Endorses etoh use, tobacco use, vaping, and marijuana use. Has also used LSD in the past, none recently. Denies etoh use tonight.

Patient states that 3 months ago he did try to strangle himself. States that he went into woods nearby his home and had a rope that he tied around a tree. He did tie this rope around his neck like a noose though the knot fell through. He reports being suspended for several seconds and "greyed out". He was not evaluated by a doctor after this occurred. He notes no visual deficits, neck pain, headaches, or lightheadedness that have occurred since this incident. He has not have difficulty swallowing or change in voice following th[redacted]