# EXHIBIT G

I asked Mom what is going on, & she rptd long-term sub said special needs kids are targeted - and other parents.

Mom wants him to succeed.
If doing well w/meds, he could be released before Christmas

Mom is home as preschool shut down

12-9-20
Hope Amspacher
12:43 pm

Zach does not want to return to school, due to bullying

group chat The Gang - FaceTimed Zach

[redacted]

faggot, ugly, kill himself

happening in the halls
hybrid won't work

PE - Mom does not want Zach in her class →

per [redacted] 1-22-21

[redacted], wrestling team
D100 hallway
pushed him in locker

A200 bathroom

H: [redacted] got him from bathroom
came to Guidance

per H. Zach is afraid to come & report it

Zach threw water bottle in air
pushed into locker
"pick it up faggot or I'll show you how to be gay"

10/13/2020 Kirchner, Zachary Joseph - Grading Tab - Classes

Kirchner, Zachary Joseph - Grading Tab - Classes

| Prd | Ent | Course | Class | Description | S | Trm | MP1 | MP2 | MP3 | MP4 | SS1 | SS2 | FAV | MEX | FEX | ATH | Type | Teacher | Room | GS | Earned Credits | Failed Credits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 701 | SS130 | 06 | CP AM HISTORY | | YR | 61 | | | | | | 61 | | | | C | Shay,J | D201 | 3 | 0.00000 | 0.00000 |
| 02 | 701 | EN120 | 01 | CP ENGLISH 1 | | YR | 58 | | | | | | 58 | | | | C | Masser,A | D111 | 3 | 0.00000 | 0.00000 |
| 03 | 701 | MA110 | 01 | COMP ALGEBRA 1A | | YR | 54 | | | | | | 54 | | | | C | Curry,R | D103 | 1 | 0.00000 | 0.00000 |
| 05 | 701 | PE111 | 09 | PHYS ED 1 | | S1 | 84 | | | | | | 84 | | | | C | Gillmen,C | OG | 1 | 0.00000 | 0.00000 |
| 06 | 701 | SC220 | 08 | CP BIOLOGY | | YR | 26 | | | | | | 26 | | | | C | McCandless | A305 | 3 | 0.00000 | 0.00000 |
| 07 | 701 | HE110 | 01 | HEALTHY LIVING | | S1 | 60 | | | | | | 60 | | | | C | Gillis,K | D114 | 1 | 0.00000 | 0.00000 |
| 07 | 701 | HE120 | 10 | HEALTH & WELL | | S2 | | | | | | | | | | | C | Bell,T | D116 | 1 | 0.00000 | 0.00000 |
| 08 | 701 | HE120 | 13 | HEALTH & WELL | Drp | S1 | | | | | | | | | | | C | Bell,T | D116 | 1 | 0.00000 | 0.00000 |
| 08 | 701 | WL111 | 01 | FRENCH 1 | | YR | 25 | | | | | | 25 | | | | C | Stein,B | A108 | 2 | 0.00000 | 0.00000 |

D. Scott met w/ teachers 9/10/20

- behavioral contract 9/28/20
- limited visits now to Guidance
- conf w/ mom via phone Fri 10/9/20
- 504 plan
- failing nearly every class

- allegedly threatened 10/6 spoke w/ Greenley 10/7 to be escorted out of building

- trends:
- lack of motivation!
- easily distracted
- inattentive, off task
- impulsive
- defensive
- issue w/ faculty or student no less than 1x/week

Kirchner, Zachary Joseph - Guidance Tab - Guidance Office Visits

| Visit Date | Check In | Year | Entity | In Office | Time Out | Status | Counselor | Comment |
|---|---|---|---|---|---|---|---|---|
| 10/07/2020 | 9:15 AM | 2021 | 701 | 9:28 AM | 9:32 AM | Released | SCOTT, PAMELA M | |
| 10/06/2020 | 1:17 PM | 2021 | 701 | 1:18 PM | 1:20 PM | Released | SCOTT, PAMELA M | |
| 10/05/2020 | 12:48 PM | 2021 | 701 | 12:48 PM | 12:53 PM | Released | SCOTT, PAMELA M | |
| 09/29/2020 | 1:55 PM | 2021 | 701 | 1:55 PM | 2:21 PM | Released | SCOTT, PAMELA M | |
| 09/28/2020 | 11:04 AM | 2021 | 701 | 11:04 AM | 11:13 AM | Released | SCOTT, PAMELA M | |
| 09/25/2020 | 11:14 AM | 2021 | 701 | 11:14 AM | 12:01 PM | Released | SCOTT, PAMELA M | |
| 09/24/2020 | 2:08 PM | 2021 | 701 | 2:35 PM | 2:35 PM | Released | SCOTT, PAMELA M | |
| 09/23/2020 | 2:01 PM | 2021 | 701 | 2:14 PM | 2:15 PM | Released | SCOTT, PAMELA M | |
| 09/23/2020 | 9:14 AM | 2021 | 701 | 9:28 AM | 9:32 AM | Released | SCOTT, PAMELA M | |
| 09/22/2020 | 11:42 AM | 2021 | 701 | 11:42 AM | 11:50 AM | Released | SCOTT, PAMELA M | |
| 09/22/2020 | 8:31 AM | 2021 | 701 | 8:48 AM | 8:56 AM | Released | SCOTT, PAMELA M | |
| 09/21/2020 | 1:51 PM | 2021 | 701 | 1:51 PM | 1:51 PM | Released | | |
| 09/18/2020 | 8:22 AM | 2021 | 701 | 8:22 AM | 8:27 AM | Released | SCOTT, PAMELA M | |
| 09/17/2020 | 10:22 AM | 2021 | 701 | 10:23 AM | 10:24 AM | Released | SCOTT, PAMELA M | |
| 09/11/2020 | 1:10 PM | 2021 | 701 | 1:13 PM | 1:15 PM | Released | SCOTT, PAMELA M | |
| 09/11/2020 | 12:39 PM | 2021 | 701 | 12:39 PM | 12:39 PM | Released | SCOTT, PAMELA M | Blue Slip |
| 09/09/2020 | 11:09 AM | 2021 | 701 | 11:09 AM | 11:28 AM | Released | | |
| 09/02/2020 | 1:12 PM | 2021 | 701 | 1:20 PM | 1:24 PM | Released | SCOTT, PAMELA M | |
| 08/31/2020 | 2:12 PM | 2021 | 701 | 2:14 PM | 2:21 PM | Released | SCOTT, PAMELA M | |
| 08/26/2020 | 7:37 AM | 2021 | 701 | 7:38 AM | 7:43 AM | Released | SCOTT, PAMELA M | |
| 09/23/2019 | 8:33 AM | 2020 | 702 | 8:44 AM | 8:44 AM | Released | | |
| 09/20/2019 | 10:41 AM | 2020 | 702 | 10:41 AM | 11:00 AM | Released | STEWART, ALICIA R | |
| 09/18/2019 | 10:40 AM | 2020 | 702 | 10:41 AM | 11:00 PM | Released | | |

| Timestamp | Student's Last N | Student's First N | Teacher's Name | ACADEMIC Strengths- Describe this student's academic strengths: | ACADEMIC Weaknesses- What academic needs do you notice for this student? | Academic Concerns | Behavior concerns | Emotional Concerns | Social Concerns | Please check the boxes that correspond with OTHER areas of significant concern | What have you tried so far to address the main areas of concern? | Student Strengths | What are the most critical areas in need of improvement for this student? | Please share any recommendations you might have for this student. | Email Address | Period that you have the student | This student has never been present in my class and has not submitted any work. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2020 14:45: | Kirchner | Zachary | Ms Curry | able to solve equations | attention to task at hand | Lack of motivation, Incomplete classwork, Lack of participation, Easily distracted, often on phone | Inattentive, Disrespectful, Off-task, Easily distracted, Keeps head down, Aggressive/explosive, Assignments incomplete | Isolating/withdrawn, Overly sensitive to criticism, Defensive (feels picked on), Depression | I do not have any social concerns | I have no other concerns for this student | Consultation with colleagues, Student conferencing, offered to "take a break/walk" to refocus | Demonstrates honesty | assignment completion | seems to really need to talk about things, maybe a teacher or peer mentor | | | |
| 9/29/2020 14:51: | Kirchner | Zachary | Mrs Gillis | Participates in class discussion. Works well with others. | Misses instruction due to excessive visits to bathroom, guidance or nurse. Is often neglecting work due to being on his phone. | Lack of motivation, Easily distracted | Inattentive, Off-task, Easily distracted, Has trouble concentrating, Impulsive | Defensive (feels picked on), Depression | Lack of friends | Following directions | Student conferencing, Assignment accommodations, Extended time for assignments | Demonstrates honesty | | | | | |
| 9/30/2020 8:32:4 | Kirchner | Zach | Mrs. Gillmen | comes prepared to class | Non completion of assignments worked on during class. | Lack of motivation, Incomplete classwork, Lack of participation, Easily distracted | Inattentive, Refuses to comply with directives, Disrespectful, Off-task, Aggressive/explosive, Assignments incomplete, Inappropriate language | Defensive (feels picked on), Inappropriate responses, Sudden outbursts of anger | Difficult working with others, Targets/intimidates others, Change of friends | leaves class without permission | Consultation with parents, Student conferencing, Referral to guidance counselor, Behavior Intervention Plan (BIP) | Demonstrates creativity | Stay in class without getting angry and leaving class. | Behavior plan was implemented. Day 1 went well. | gillmenc@rlasd.net | | |
| 9/30/2020 9:08:5 | Kirchner | Zachary | Mr. Stein | Not enough work completed to identify any strengths. | not working to ability, incompletion of work, doesn't prepare outside of class | Decline in grades, Lack of motivation, Incomplete homework, Incomplete classwork, Lack of participation, Does not follow directions, Performing below grade level, Disorganized, Easily distracted | Inattentive, Refuses to comply with directives, Disorganized, Off-task, Easily distracted, Assignments incomplete, Off topic (talks about weekend social activities) | Doesn't accept responsibility for actions | Difficult working with others | Following directions, Homework incomplete, lost, or inaccurate, Skipping class | preferential seating, emailed parent after skipped class | unable to identify strengths at this time | Student has made comments about dropping French when he starts to fail, as if this is an inevitable fate. | We are almost at the end of our first unit and student has mastered none of the content. As this is a class that requires memorization and mastery, he's already dug himself a hole that might justify dropping the course. | steinb@rlasd.net | | |
| 9/30/2020 10:12: | Kirchner | Zachary | Mr. Shay | Does very well on Summative Assessments | Missing some work but my concern is that he seems to rush a bit to get work done, leading to "unforced" erro's which cost him points. | Incomplete classwork, Easily distracted | I have no significant social/emotional /behavioral concerns | I do not have any emotional concerns | I do not have any social concerns | I have no other concerns for this student | Student conferencing, Communication with Student and Guardians | Respectful and seems to care about his friends | Accurate completion of classwork | Keep doing your best. Be a little more attentive to your work and you will be successful. | shayj@rlasd.net | | |
| 10/1/2020 8:17:0 | Kirchner | Zach | Mrs. Masser | | | Lack of motivation, Incomplete homework, Incomplete classwork, Lack of participation, Performing below grade level | Withdrawn, Assignments incomplete | Isolating/withdrawn | Significantly older/younger friends | Homework incomplete, lost, or inaccurate | Student conferencing | Demonstrates honesty, Articulates feeling in appropriate ways | completion of assignments | maybe not college prep level? | massera@rlasd.net | 2 | No |

RLASD 000295

**RED LION AREA SCHOOL DISTRICT**
**SECTION 504 CONFERENCE REPORT**

_____ MDT

Date of Meeting: n/a School: Red Lion ASHS Grade 9 __√__ 504

Student's Name Zachary Kirchner Date of Birth 8/14/2005 _____ Other

1. **Date(s) of attempts to invite parents to 504 conference:**

| Date of Contact | Method of Attempt | Response | Attended |
|---|---|---|---|
| 1.10/14/2020 | Email | X | n/a |
| 2. | | | |
| 3. | | | |
| 4. | | | |

2. **Items discussed during conference:**

_____ Eligibility Determination

__√__ 504 Service Agreement

_____ Initiation __√__ Revision/Edit _____ Annual/Continuation

_____ Manifestation Determination

_____ Other ______________________________

3. **Outcome of conference:**

__√__ Presentation of Prior Written Notice and Procedural Safeguards - Date: 11/2/2020

__√__ Revisions given to parent

_____ Other ______________________________

4. **Participants' signatures:**

[signature]
Parent/Guardian

Student

[signature]
LEA Representative

Other (Please specify title)

Regular Education Teacher

Other (Please specify title)

[signature]
Intervention Specialist or School Counselor

Other (Please specify title)

Signature of person completing report/title

RLASD 000297

Page: ______________

Further action needed:

| Action | Assigned To | Date To Be Done |
|---|---|---|
| | | |

WELLSPAN®
Philhaven

# STUDENT SCHOOL PROFILE

Student: Zachary Kirchner Age: 15 Grade: 9 I.U.: 12

School District: Red Lion Area SD School: Red Lion Area SHS

Telephone: 717.246.1611 x6 Fax: 717.378.0084

Informant(s): Pam Scott Title: School Couns / Dept Lead

Has the student had a multidisciplinary evaluation (MDE)? [ ] no [X] yes; date slated for new eval upon retu.

Does the student have an IEP? [X] no [ ] yes; primary disability

Does the student have a Section 504 Agreement? [X] no [X] yes; primary disability see attached

Does the student have a behavior plan? [ ] no [X] yes; explain contract - see attached

Primary placement [X] regular education [ ] alternative education [ ] special education; type

Who operates the primary placement? [X] home district [ ] I.U. [ ] other Last date of attendance:

| | | | |
|---|---|---|---|
| **ATTENDANCE:** | [X] above average | [ ] average | [ ] below average |
| **ABILITY:** | [ ] above average | [X] average | [ ] below average |
| **ACHIEVEMENT:** | [ ] above grade level | [X] on grade level | [ ] below grade level |

**STRENGTHS:** advocates for self, but often does not present entire story; intelligent, but not reflected in grades

**SOCIAL FUNCTIONING:** often involved in "drama" at school

**BEHAVIORAL FUNCTIONING:** peer group largely female

**ACADEMIC FUNCTIONING:** not performing at true academic ability - see grades attached

**STATUS OF CURRENT CLASS PLACEMENT:** full time student

**MAIN PROBLEM AFFECTING THE STUDENT AT SCHOOL:** Zach often has conflicts w/ teachers who hold him accountable, stating he is being targeted; speaks of bullying, but will not share names nor any claims

(continued)

**OTHER PROBLEMS:** witnessed by teachers or staff

**WHAT TRIGGERS THE BEHAVIOR(S):** Zach reports to my office when a teacher holds him accountable for being late, stating he was "wronged."

**WHAT STRATEGIES HAVE BEEN TRIED:** conference w/ student & admin; behavioral contract; communication w/ mother

**ACADEMIC OR SUPPORT SERVICES RECEIVED NOW AT SCHOOL:** 504 plan

**ADDITIONAL SCHOOL/COMMUNITY RESOURCES** (IST, SAP, tutoring, guidance groups, 1:1 guidance, adult mentor, peer counselor, homework club, Big Brother/Big Sister etc.): —

**FAMILY INVOLVEMENT/COOPERATION/FAMILY IMPRESSIONS:** mother is supportive when we contact her, has agreed to an evaluation

**SCHOOL'S MAIN CONCERN OR REQUEST:** request - if Zach is truly being bullied, we need to know who it is so we can address it; we did meet w/ one student in late Aug but the bullying occurred in 7th grade, not recent

**IS THE SCHOOL SENDING ASSIGNMENTS?** [ ] no [X] yes; via email

**LEVEL OF SCHOOL'S CONCERN ABOUT THIS STUDENT'S RETURN:**

[X] **MAJOR** [ ] **MODERATE** [ ] **MILD**

Completed by: Pamela M. [illegible] Date: 12-3-20 Time: 7:15 am

# [EXTERNAL] Mutual Student

1 message

**Mcnamara, Zaenna M** <zmcnamara@wellspan.org> Wed, Dec 2, 2020 at 1:35 PM
To: "scottp@rlasd.net" <[redacted]

Good afternoon Pamela,

I am reaching out to you on behalf of a 9th grade student from your district who was admitted to our inpatient unit on 12/1/2020. I have left the student's name and reason for admission on your voicemail. Students receive a maximum of 5 hours of academic instruction per week, and the typical length of inpatient stay is 7-10 days.

I have attached a student school profile to this email for you to complete at your earliest convenience. This document allows you to share pertinent concerns with the doctors, therapists, and staff working directly with the student. If you are unable to find the time to complete this profile, please reply to this email with any information that you feel will benefit our treatment team in helping the student and their family during their inpatient stay. You are also welcomed to call me, at the number listed in my contact information below, so that we can discuss this student over the phone.

If you would like to send schoolwork for the student, you may send it via email directly to me, or send it to the fax number, once again, listed below. Please be advised that staples and paper clips are not allowed in our classrooms, so please remove them before sending work. Students have access to computers during their 5 hours of time in the classroom each week, so they may access district websites if needed.

Thank you so much for your cooperation on behalf of our mutual student. I look forward to working with you and your district. Have a wonderful day!

Zaenna McNamara

Academic Instructor

Wellspan-Philhaven

283 South Butler Road

P.O. Box 550

Mount Gretna, PA 17064

**717-273-8871 x3317**

Fax: 717-279-2783

The information contained in this communication, including all attachments, is legally protected information, confidential or proprietary information, or a trade secret intended solely for the use of the intended recipient or otherwise exempt from disclosure under applicable state and federal law, including, but not limited to, privacy standards imposed pursuant to the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). The information may also be subject to legal privilege. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution, forwarding, or copying of this

## ZK

**Pam Scott** <[redacted] — Thu, Dec 3, 2020 at 6:57 AM
Draft To: Jesse Shay <[redacted] Angela Masser <[redacted]>, Rachael Curry [redacted], Angie Tome <[redacted], Carol Gillmen [redacted]t>, Jennifer McCandless <[redacted], Kristin Gillis <[redacted] Jamie Malloy <[redacted]>, Ryan McCleary <[redacted]
Cc: Bill Rickard [redacted]

Good morning, all

Zachary Kirchner has been transported to Philhaven in Mt. Gretna. It is expected that he remains for the next 7-10 days. As I continue communicating with his therapist and mother, and learn of a discharge date and return to school, I will be in touch.

Zach is able to complete schoolwork, while in placement; however, please note, he is granted one hour per day for instruction. The remaining time, Zach will be in group and therapy. If you choose to send work, please send to the following and copy me:

Zaenna McNamara
zmcnamara@wellspan.org

Many thanks in advance,

Pam

--

Pamela M. Scott
School Counselor/Counseling Office Department Lead
Red Lion Area School District
Red Lion Area Senior High School
200 Horace Mann Avenue
Red Lion, PA 17356
[redacted]
www.rlasd.net
Instagram: RLASH.Counselors
Twitter: @rlashCounselors

1:33

my.wellspan.org

Zach

Messages Appointm... Health Re... Bill Pay Profile More

## History of Present Illness

Zachary Joseph Kirchner is a 15 y.o. male presenting to the ED with nail polish removal ingestion in suicide attempt. Pt drank half a 12 fluid oz bottle of acetone based nail polish removal (Modesa brand) at 9:45 pm in order to kill himself. He called his friend S[redacted]to tell her what he had done, his friend promptly called 911. Here, when asked how he feels he first says "I still want to kill myself". He reports feeling more tired. He reports abdominal pain now, and some throat irritation. Feels as though his voice sounds deeper than usual. Denies vomiting, no confusion or lethargy. Has not tried to eat or drink since ingesting nail polish remover.

Pt notes bullying at school as impetus for wanting to kill himself. Has exhibited self-harming behavior before with cutting "created pain to erase other pain". Lives with mother and step father, with whom he has good relationships but notes he does not talk with them much.

Endorses etoh use, tobacco use, vaping, and marijuana use. Has also used LSD in the past, none recently. Denies etoh use tonight.

Patient states that 3 months ago he did try to strangle himself. States that he went into woods nearby his home and had a rope that he tied around a tree. He did tie this rope around his neck like a noose though the knot fell through. He reports being suspended for several seconds and "greyed out". He was not evaluated by a doctor after this occurred. He notes no visual deficits, neck pain, headaches, or lightheadedness that have occurred since this incident. He has not have difficulty swallowing or change in voice following th[redacted]

# Evaluation Worksheet (EW) for Parent Request

Information to be considered in determining whether an evaluation is appropriate.

Student Name: Zachary Kirchner Grade: 9 D.O.B: 8/14/2005

School Team members present to review data:

| Name | Position |
|---|---|
| Nicole Persing | School Psychologist |
| Pam Scott | School Counselor |
| Bill Rickard | Assistant Principal |
| | |
| | |
| | |

1. Grades

A. Current grades: See attached

B. What are the student's grades for the past **two** years? See attached

C. Participation in support programs (reading support, math support, etc.)? Social Skills, pd 8

2. Has student been referred to MTSS or AAR? What are the concerns of that team? Intervention and strategies implemented? Progress made?

Yes, MTSS (AAR suspended for 2020-21 school year); academics (failed several classes MP 1 and currently failing several classes MP 2). Additionally, Zach has had several discipline referrals since the beginning of the year (see attached).

Zach does well during his morning classes, he typically experiences difficulty when he begins PE period 5, science period 6 or health period 7. With mother's permission, Zach's schedule has already been altered to remove him from French 1 period 8, as he was failing, and he has since been placed in Social Skills with Mr. McCleary and Dr. Malloy.