# EXHIBIT H

## Renee Franchi

**From:** Hope Amspacher [redacted]
**Sent:** Sunday, November 14, 2021 4:02 PM
**To:** Renee Franchi
**Subject:** Fwd: [EXTERNAL] Zachary

---------- Forwarded message ---------
From: **Hope Amspacher** [redacted]
Date: Mon, Jan 25, 2021 at 12:36 PM
Subject: Re: [EXTERNAL] Zachary
To: Pam Scott [redacted]
Cc: Bill Rickard [redacted]

Hi Pam,
I allowed Zachary to come in late due to him not feeling the greatest and I knew if he went that he would probably get in trouble and get sent home and miss all of his schoolwork. I'm not sure why he is still getting marked as absent? He is there. He just took a picture and sent it to me. He told me to call Mrs. Curry and ask her that he was there. Thank you for taking care of the bathroom. I don't think that he knows who did it and even if he did he probably wouldn't tell me but I will talk to him. Have a great rest of your day!

Hope

Sent from my iPhone

> On Jan 25, 2021, at 12:08 PM, Pam Scott <[redacted]> wrote:
>
> Hi Hope
>
> I received an update from our custodial crew that the graffiti was found and removed from the walls. We will continue to investigate who may have done this. Should Zach have any additional information he needs to share, please encourage him to come to me or Mr. Rickard and we will attend to it directly.
>
> I am not in the office today, but it appears that Zach arrived at school during third period, according to attendance, with a note stating he woke with a headache. According to our kiosk, he scanned in at 9:23 am, but he is continually marked absent from each class following his arrival. Mr. Rickard is copied on this email as well.
>
> Best,
>
> Pam
>
> On Sun, Jan 24, 2021 at 10:22 AM Hope Amspacher <[redacted]> wrote:

Pam,
I just wanted to let you know that I still did not receive the paperwork about Zach. Our mail has been ridiculous lately. Nicole sent me a digital copy. Here is the picture that I told Zach to take of the bathroom stall. Thank you for everything that you are doing to help Zach. Have a great rest of your weekend!

Hope

Sent from my iPhone

--

Pamela M. Scott
School Counselor/Counseling Office Department Lead
Red Lion Area School District
Red Lion Area Senior High School
200 Horace Mann Avenue
Red Lion, PA 17356
[redacted]
Instagram: RLASH.Counselors
Twitter: @rlashCounselors

THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE AND/OR ATTACHMENTS IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. The contents may be subject to Pennsylvania Open Records law and may also be protected by federal privacy laws. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please delete the material immediately without copying and notify the sender.