# EXHIBIT I

- seeing Dr. Madapoosi, MD
visit 1/29/19 in cums

see in Counseling office
@ least 1x a day sometimes
multiple times

- PA Counseling request records
from York Catholic 6/21/18

- ER completed 10/22/19 Red Lion

- York Catholic 7th grade retained

- 6th grade eval St. Rose of Lima Catholic
School - qualified Other Health Impairment

- psych re-eval April 2019 PA Counseling
Services diagnosis Autism Spectrum Disorder
and ADHD, combined

- negative comments to peers
summary of Red Lion psych. eval