**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HOPE AMSPACHER, *et al.*, | : | Civil No. 1:23-CV-00286 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| RED LION AREA SCHOOL DISTRICT, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 23rd day of November, 2026, following review of Plaintiffs' answer to Defendant's statement of facts, Doc. 150, and noting that Plaintiffs included a supplemental statement of facts which is not permitted by Local Rule 56.1, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiffs' answer to Defendant's statement of facts, Doc. 150, is **STRICKEN** from the record. Plaintiffs shall file a statement of material facts that is responsive to Defendant's statement of material facts, Doc. 147, and incorporate all facts that Plaintiffs deem necessary to respond to Defendant's statement of material facts within such responsive paragraphs by **December 7, 2026**.

2) The court provides the following guidance to assist counsel with filing an appropriate statement of facts. Local Rule 56.1 provides that a motion for summary judgment must be accompanied "by a separate, short and concise statement of material facts, in numbered paragraphs . . . . The papers opposing a motion for summary judgment shall include a separate, short and concise statement of material facts, responding to the numbered paragraphs set forth in the statement required in the foregoing paragraph . . . ." Thus, Plaintiffs' opposition to Defendant's statement of material facts should respond to each numbered paragraph of Defendant's statement of material facts with

an admission or denial and then, if necessary, explain Plaintiffs' perspective, with supporting evidence, within that numbered paragraph. Rule 56.1 does not permit adding Plaintiffs' own statement of material facts following the numbered paragraphs set forth by Defendant. For example, if Defendant's numbered paragraphs end at 50, Plaintiffs may not add additional facts starting at paragraph 51. Rather, any facts that are important in disputing Defendant's facts, should be integrated into the relevant denial paragraph(s).[1]

3) If either counsel remains unclear about the court's expectations for filing the response to the statement of material facts, counsel shall request a telephone conference, and the court will gladly provide additional guidance during such telephone conference.

4) Defendant's deadline to file a reply brief in support of its motion for summary judgment is extended to **December 21, 2026**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

[1] The court is not striking the answer to the statement of facts simply to achieve compliance with Local Rule 56.1. The goal of a statement of facts and responsive statement of facts is to organize the facts at issue in a manner such that the court can identify the critical facts and evidence supporting each party's view in order to discern if there is a genuine dispute of material fact. That allows the court to resolve motions for summary judgment in an efficient manner rather than like a "pig[] hunting for truffles" in the record. *See Doblers' Pa. Hybrids, Inc. v. Doebler*, 442 F.3d 812, 820 n.8 (3d Cir. 2006).